# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Dawn Michele Mead aka Dawn M. Mead aka Dawn Mead<br>                   Debtor | BK NO. 18-00208 RNO<br><br>Chapter 13 |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of M&T Bank as servicer for Lakeview Loan Servicing LLC and index same on the master mailing list.

                                    Respectfully submitted,

                                    **/s/ James C. Warmbrodt, Esquire**
                                    James C. Warmbrodt, Esquire
                                    KML Law Group, P.C.
                                    BNY Mellon Independence Center
                                    701 Market Street, Suite 5000
                                    Philadelphia, PA  19106
                                    215-627-1322