```
                            United States Bankruptcy Court
                            Middle District of Pennsylvania
```

In re:                                                                  Case No. 18-00208-RNO
Dawn Michele Mead                                                       Chapter 13
     Debtor
## CERTIFICATE OF NOTICE

District/off: 0314-5          User: MMchugh           Page 1 of 1           Date Rcvd: Oct 03, 2018
                              Form ID: trc            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 05, 2018.
5042262        +LAKEVIEW LOAN SERVICING, LLC,    CENLAR FSB,    ATTN.: BK DEPARTMENT,    425 PHILLIPS BLVD.,
                 EWING NJ 08618-1430

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 05, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 2, 2018 at the address(es) listed below:
     Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
     James Warmbrodt    on behalf of Creditor    LAKEVIEW LOAN SERVICING, LLC bkgroup@kmllawgroup.com
     Jerome B Blank    on behalf of Creditor    LAKEVIEW LOAN SERVICING, LLC pamb@fedphe.com
     Mario John Hanyon    on behalf of Creditor    LAKEVIEW LOAN SERVICING, LLC pamb@fedphe.com
     Tullio DeLuca    on behalf of Debtor 1 Dawn Michele Mead tullio.deluca@verizon.net
     United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                    TOTAL: 6

2100 B (12/15)

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 5:18-bk-00208-RNO
Chapter 13

In re: Debtor(s) (including Name and Address)

Dawn Michele Mead
621 1st St.
Richmondale PA 18421

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 10/02/2018.

Name and Address of Alleged Transferor(s):

Claim No. 8: LAKEVIEW LOAN SERVICING, LLC, CENLAR FSB, ATTN.: BK DEPARTMENT, 425 PHILLIPS BLVD., EWING NJ 08618

Name and Address of Transferee:

Lakeview Loan Servicing LLC
c/o M&T Bank
P.O. Box 840
Buffalo, NY 14240-0840
Lakeview Loan Servicing LLC
c/o M&T Bank

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:  10/05/18

Terrence S. Miller
**CLERK OF THE COURT**