## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

| | |
|---|---|
| **Dawn Michele Mead** aka Dawn M. Mead aka Dawn Mead | Chapter: 13 |
| Debtor 1 | Case No.: 5:18-bk-00208-RNO |
| **Charles J DeHart, III** Chapter 13 Trustee vs. Movant(s) | |
| **Dawn Michele Mead** aka Dawn M. Mead aka Dawn Mead | |
| Respondent(s) | |

### ORDER DISMISSING CASE

Upon consideration of the Trustee's Certificate of Default of Stipulation in settlement of the Trustee's prior Motion to Dismiss Case for Material Default and it having been determined that this case should be dismissed,

**IT IS ORDERED** that the above-named case of the debtor(s) be and it hereby is dismissed.

By the Court,

_____
Robert N. Opel, II, Chief Bankruptcy Judge (BI)

November 14, 2018