# Notice Recipients

District/Off: 0314−5     User: MMchugh     Date Created: 11/14/2018
Case: 5:18−bk−00208−RNO     Form ID: pdf010     Total: 42

**Recipients of Notice of Electronic Filing:**
| | | |
|---|---|---|
| ust | United States Trustee | ustpregion03.ha.ecf@usdoj.gov |
| tr | Charles J DeHart, III (Trustee) | dehartstaff@pamd13trustee.com |
| aty | James Warmbrodt | jwarmbrodt@kmllawgroup.com |
| aty | Jerome B Blank | pamb@fedphe.com |
| aty | Mario John Hanyon | pamb@fedphe.com |
| aty | Tullio DeLuca | tullio.deluca@verizon.net |

TOTAL: 6

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | |
|---|---|---|
| db | Dawn Michele Mead | 621 1st St. Richmondale, PA 18421 |
| cr | PRA Receivables Management, LLC | PO Box 41021 Norfolk, VA 23541 |
| 5013326 | AT & T Mobility II, LLC | c/o AT&T Services, Inc. Karen A. Cavagnaro – Lead Paralegal One AT&T Way, Rm.3A104 Bedminster, NJ 07921 |
| 5036982 | AT&T Mobility II LLC | %AT&T SERVICES INC. KAREN A. CAVAGNARO PARALEGAL ONE AT&T WAY, SUITE 3A104 BEDMINSTER,, NJ 07921 |
| 5013327 | Carlotta Credit Co. | 1146 Wyoming Ave. Scranton, PA 18509 |
| 5013328 | Cavalry Portfolio Services | 500 Summit Lake Dr. Ste 4A Valhalla, NY 10595 |
| 5016694 | Cavalry SPV I, LLC | 500 Summit Lake Drive, Ste 400 Valhalla, NY 10595 |
| 5013329 | Cenlar | PO Box 77423 Ewing, NJ 08628 |
| 5013330 | Chase | PO Box 15298 Wilmington DE 19850 |
| 5013331 | Comenity Bank | Bankruptcy Department P.O. Box 182125 Columbus, OH 43218−2125 |
| 5013332 | Dawn Michele Mead | 621 1st St. Richmondale, PA 18421 |
| 5013333 | Fingerhut | P.O. Box 1250 St. Cloud, MN 56395−1250 |
| 5013334 | Fresh Start | 6250 Ridgewood Rd. St. Cloud, MN 56303 |
| 5013335 | JH Portfolio Debt Equities | 5757 Phantom Dr., Suite 225 Hazelwood, MO 63042 |
| 5013336 | Jordan Mead | 621 1st St. Richmondale, PA 18421 |
| 5042262 | LAKEVIEW LOAN SERVICING, LLC | CENLAR FSB ATTN.: BK DEPARTMENT 425 PHILLIPS BLVD. EWING NJ 08618 |
| 5013338 | LVNV Funding LLC | P.O. Box 10497 Greenville, SC 29603 |
| 5039822 | LVNV Funding, LLC its successors and assigns as | assignee of Bluestem Brands, Inc. Resurgent Capital Services PO Box 10587 Greenville, SC 29603−0587 |
| 5115449 | Lakeview Loan Servicing LLC | c/o M&T Bank P.O. Box 840 Buffalo, NY 14240−0840 |
| 5115450 | Lakeview Loan Servicing LLC | c/o M&T Bank P.O. Box 840 Buffalo, NY 14240−0840 Lakeview Loan Servicing LLC c/o M&T Bank |
| 5013337 | Law offices of Tullio DeLuca | 381 N. 9th Avenue Scranton, PA 18504 |
| 5021663 | NAVY FEDERAL CREDIT UNION | PO BOX 3000 MERRIFIELD,VA 22119 |
| 5013340 | Navy Federal Credit Union | P.O. Box 3501 Merrifield, VA 22119−3501 |
| 5013339 | Navy Federal Credit Union | P.O. Box 3700 Merrifield, VA 22119 |
| 5025105 | ONEMAIN | PO BOX 3251 EVANSVILLE, IN. 47731−3251 |
| 5013341 | OneMain Financial Bankruptcy Dept. | P.O. Box 6042 Sioux Falls, SD 57117−6043 |
| 5013385 | PRA Receivables Management, LLC | PO Box 41021 Norfolk, VA 23541 |
| 5013342 | Phelan Hallinan Diamond & Jones, LLP | One Penn Center Plaza 1617 JFK Blvd, Ste. 1400 Philadelphia, PA 19103 |
| 5013343 | Portfolio Recovery Associates LLC | 120 Corporate Blvd Norfolk, VA 23502 |
| 5030247 | Portfolio Recovery Associates, LLC | POB 12914 Norfolk VA 23541 |
| 5036954 | Quantum3 Group LLC as agent for | Credit Corp Solutions Inc PO Box 788 Kirkland, WA 98083−0788 |
| 5013344 | Receivables Performance Mgmt | 20816 44th Ave. W Lynnwood, WA 98036 |
| 5013345 | Synchrony Bank | Attn: Bankruptcy Dept. P.O. Box 965060 Orlando, FL 32896−5060 |
| 5013346 | Synchrony Bank/Amazon.com | Attn: Bankruptcy Dept. P.O. Box 965060 Orlando, FL 32896−5060 |
| 5013347 | Synchrony Bank/CareCredit | Attn: Bankruptcy Dept. P.O. Box 965061 Orlando, FL 32896−5060 |
| 5013348 | Synchrony Bank/QCard | Attn: Bankruptcy Dept. P.O. Box 965060 Orlando, FL 32896−5060 |

TOTAL: 36