```
                               United States Bankruptcy Court
                               Middle District of Pennsylvania
In re:                                                            Case No. 18-00208-RNO
Dawn Michele Mead                                                 Chapter 13
         Debtor                    CERTIFICATE OF NOTICE
District/off: 0314-5          User: MMchugh                Page 1 of 2                  Date Rcvd: Nov 14, 2018
                              Form ID: pdf010              Total Noticed: 34


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 16, 2018.
db             +Dawn Michele Mead,    621 1st St.,   Richmondale, PA 18421-9610
5013327        +Carlotta Credit Co.,    1146 Wyoming Ave.,    Scranton, PA 18509-2715
5013329        +Cenlar,   PO Box 77423,    Ewing, NJ 08628-7423
5013330        +Chase,   PO Box 15298,    Wilmington DE 19850-5298
5013334        +Fresh Start,   6250 Ridgewood Rd.,    St. Cloud, MN 56303-0820
5013336        +Jordan Mead,   621 1st St.,    Richmondale, PA 18421-9610
5042262        +LAKEVIEW LOAN SERVICING, LLC,    CENLAR FSB,    ATTN.: BK DEPARTMENT,    425 PHILLIPS BLVD.,
                 EWING NJ 08618-1430
5013337        +Law offices of Tullio DeLuca,    381 N. 9th Avenue,    Scranton, PA 18504-2005
5013342        +Phelan Hallinan Diamond & Jones, LLP,    One Penn Center Plaza,   1617 JFK Blvd, Ste. 1400,
                 Philadelphia, PA 19103-1814

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
5013326        +E-mail/Text: g20956@att.com Nov 14 2018 19:24:09      AT & T Mobility II, LLC,
                 c/o AT&T Services, Inc.,    Karen A. Cavagnaro - Lead Paralegal,    One AT&T Way, Rm.3A104,
                 Bedminster, NJ 07921-2693
5036982        +E-mail/Text: g20956@att.com Nov 14 2018 19:24:09      AT&T Mobility II LLC,
                 %AT&T SERVICES INC.,    KAREN A. CAVAGNARO PARALEGAL,    ONE AT&T WAY, SUITE 3A104,
                 BEDMINSTER,, NJ 07921-2693
5013328        +E-mail/Text: bankruptcy@cavps.com Nov 14 2018 19:24:03      Cavalry Portfolio Services,
                 500 Summit Lake Dr. Ste 4A,    Valhalla, NY 10595-2323
5016694        +E-mail/Text: bankruptcy@cavps.com Nov 14 2018 19:24:03      Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
5013331         E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Nov 14 2018 19:23:48       Comenity Bank,
                 Bankruptcy Department,    P.O. Box 182125,   Columbus, OH 43218-2125
5013333         E-mail/Text: bnc-bluestem@quantum3group.com Nov 14 2018 19:24:09       Fingerhut,   P.O. Box 1250,
                 St. Cloud, MN 56395-1250
5013335        +E-mail/Text: bknotificationdistribution@jhcapitalgroup.com Nov 14 2018 19:24:22
                 JH Portfolio Debt Equities,    5757 Phantom Dr., Suite 225,    Hazelwood, MO 63042-2429
5013338        +E-mail/PDF: resurgentbknotifications@resurgent.com Nov 14 2018 19:29:49       LVNV Funding LLC,
                 P.O. Box 10497,    Greenville, SC 29603-0497
5039822         E-mail/PDF: resurgentbknotifications@resurgent.com Nov 14 2018 19:29:49
                 LVNV Funding, LLC its successors and assigns as,     assignee of Bluestem Brands, Inc.,
                 Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
5115450        +E-mail/Text: camanagement@mtb.com Nov 14 2018 19:23:47      Lakeview Loan Servicing LLC,
                 c/o M&T Bank,   P.O. Box 840,    Buffalo, NY 14240-0840,    Lakeview Loan Servicing LLC,
                 c/o M&T Bank 14240-0840
5115449         E-mail/Text: camanagement@mtb.com Nov 14 2018 19:23:47      Lakeview Loan Servicing LLC,
                 c/o M&T Bank,   P.O. Box 840,    Buffalo, NY 14240-0840
5021663        +E-mail/Text: ext_ebn_inbox@navyfederal.org Nov 14 2018 19:24:18       NAVY FEDERAL CREDIT UNION,
                 PO BOX 3000,   MERRIFIELD,VA 22119-3000
5013339        +E-mail/Text: ext_ebn_inbox@navyfederal.org Nov 14 2018 19:24:18       Navy Federal Credit Union,
                 P.O. Box 3700,   Merrifield, VA 22119-3700
5013340         E-mail/Text: ext_ebn_inbox@navyfederal.org Nov 14 2018 19:24:18       Navy Federal Credit Union,
                 P.O. Box 3501,   Merrifield, VA 22119-3501
5025105         E-mail/PDF: cbp@onemainfinancial.com Nov 14 2018 19:29:56      ONEMAIN,    PO BOX 3251,
                 EVANSVILLE, IN. 47731-3251
5013341        +E-mail/PDF: cbp@onemainfinancial.com Nov 14 2018 19:29:30
                 OneMain Financial Bankruptcy Dept.,    P.O. Box 6042,   Sioux Falls, SD 57117-6042
5013343         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 14 2018 19:29:45
                 Portfolio Recovery Associates LLC,    120 Corporate Blvd,   Norfolk, VA 23502
5030247         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 14 2018 19:44:05
                 Portfolio Recovery Associates, LLC,    POB 12914,   Norfolk VA 23541
5013385        +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 14 2018 19:29:45
                 PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
5036954         E-mail/Text: bnc-quantum@quantum3group.com Nov 14 2018 19:23:50
                 Quantum3 Group LLC as agent for,    Credit Corp Solutions Inc,    PO Box 788,
                 Kirkland, WA  98083-0788
5013344        +E-mail/Text: Supportservices@receivablesperformance.com Nov 14 2018 19:24:13
                 Receivables Performance Mgmt,    20816 44th Ave. W,   Lynnwood, WA 98036-7744
5013345         E-mail/PDF: gecsedi@recoverycorp.com Nov 14 2018 19:29:58      Synchrony Bank,
                 Attn: Bankruptcy Dept.,    P.O. Box 965060,   Orlando, FL 32896-5060
5013346         E-mail/PDF: gecsedi@recoverycorp.com Nov 14 2018 19:29:31      Synchrony Bank/Amazon.com,
                 Attn: Bankruptcy Dept.,    P.O. Box 965060,   Orlando, FL 32896-5060
5013347         E-mail/PDF: gecsedi@recoverycorp.com Nov 14 2018 19:29:41      Synchrony Bank/CareCredit,
                 Attn: Bankruptcy Dept.,    P.O. Box 965061,   Orlando, FL 32896-5060
5013348         E-mail/PDF: gecsedi@recoverycorp.com Nov 14 2018 19:29:57      Synchrony Bank/QCard,
                 Attn: Bankruptcy Dept.,    P.O. Box 965060,   Orlando, FL 32896-5060
                                                                                               TOTAL: 25
```

```
               ***** BYPASSED RECIPIENTS (continued) *****

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
5013332*       +Dawn Michele Mead,   621 1st St.,   Richmondale, PA 18421-9610
                                                                                TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 16, 2018                                            Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 14, 2018 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              James Warmbrodt     on behalf of Creditor    LAKEVIEW LOAN SERVICING, LLC bkgroup@kmllawgroup.com
              Jerome B Blank    on behalf of Creditor    LAKEVIEW LOAN SERVICING, LLC pamb@fedphe.com
              Mario John Hanyon    on behalf of Creditor    LAKEVIEW LOAN SERVICING, LLC pamb@fedphe.com
              Tullio  DeLuca   on behalf of Debtor 1 Dawn Michele Mead tullio.deluca@verizon.net
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 6
```

IN RE:

| | | | |
|---|---|---|---|
| **Dawn Michele Mead**<br>**aka Dawn M. Mead**<br>**aka Dawn Mead** | | Chapter: | 13 |
| | Debtor 1 | Case No.: | 5:18-bk-00208-RNO |
| **Charles J DeHart, III**<br>**Chapter 13 Trustee**<br>    vs. | Movant(s) | | |
| **Dawn Michele Mead**<br>**aka Dawn M. Mead**<br>**aka Dawn Mead** | | | |
| | Respondent(s) | | |

## ORDER DISMISSING CASE

Upon consideration of the Trustee's Certificate of Default of Stipulation in settlement of the Trustee's prior Motion to Dismiss Case for Material Default and it having been determined that this case should be dismissed,

**IT IS ORDERED** that the above-named case of the debtor(s) be and it hereby is dismissed.

By the Court,

_Robert N. Opel, II, Chief Bankruptcy Judge_ (BI)

November 14, 2018

Order Dismissing Case with Parties - Revised 9/17